1 THOMAS E. FRANKOVICH (State Bar #074414)
  GEORGE S. KHOURY (State Bar No. 269738)
2 THOMAS E. FRANKOVICH
  *A PROFESSIONAL LAW CORPORATION*
3 4328 Redwood Hwy, Suite 300
  San Rafael, CA   94903
4 Telephone:   415/674-8600
  Facsimile:   415/674-9900
5
  Attorney For Plaintiff , MARSHALL LOSKOT
6

7

8             UNITED STATES DISTRICT COURT

9                DISTRICT OF CALIFORNIA

10
   MARSHALL LOSKOT             )   **CASE NO. CV-12-5994-MEJ**
11                             )
                               )
12      Plaintiffs,            )   **STIPULATION OF DISMISSAL AND**
                               )   **[PROPOSED] ORDER THEREON**
13 v.                          )
                               )
14                             )
   AL'S BIG BURGER; JAMES U. CHUN; )
15 and RUTH CHUN and JAMES U. CHUN )
   d.b.a. AL'S BIG BURGER      )
16                             )
      Defendants.               )
17                             )
   _____ )
18

19     The parties, by and through their respective counsel, stipulate to dismissal of this action

20 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22 costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25 settlement agreements).

26 ///

27 ///

28 ///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          **CASE NO. CV-12-5994-MEJ**

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 24, 2013         THOMAS E. FRANKOVICH
                             *A PROFESSIONAL LAW CORPORATION*

                             By: */s/ Thomas E. Frankovich*
                                 Thomas E. Frankovich
                                 Attorney for MARSHALL LOSKOT

Dated: June 21, 2013         GORDON & REES LLP


                             By: /s/ *Marcie S. Isom*
                                 Marcie S. Isom
                                 Attorney for Defendants JAMES U. CHUN; and RUTH CHUN and JAMES U. CHUN d.b.a. AL'S BIG BURGER

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __June 25__, 2013

_____
Honorable Magistrate Maria-Elna James
UNITED STATE DISTRICT JUDGE