1  THOMAS E. FRANKOVICH (State Bar #074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA   94903
4  Telephone:    415/674-8600
   Facsimile:     415/674-9900
5
   Attorney For Plaintiff , MARSHALL LOSKOT
6

7

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF CALIFORNIA

10
    MARSHALL LOSKOT                 )      **CASE NO. CV-12-5994-MEJ**
11                                  )
                                    )
12      Plaintiffs,                 )      **STIPULATION OF DISMISSAL AND**
                                    )      ~~[PROPOSED]~~ **ORDER THEREON**
13  v.                              )
                                    )
14                                  )
    AL'S BIG BURGER; JAMES U. CHUN; )
15  and RUTH CHUN and JAMES U. CHUN )
    d.b.a. AL'S BIG BURGER          )
16                                  )
        Defendants.                 )
17                                  )
    _____ )
18

19      The parties, by and through their respective counsel, stipulate to dismissal of this action

20  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

21  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22  costs and attorneys' fees.  The parties further consent to and request that the Court retain

23  jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511

24  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25  settlement agreements).

26  ///

27  ///

28  ///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          **CASE NO. CV-12-5994-MEJ**

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 24, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for MARSHALL LOSKOT

Dated: June 21, 2013

GORDON & REES LLP

By: */s/ Marcie S. Isom*
Marcie S. Isom
Attorney for Defendants JAMES U. CHUN; and RUTH CHUN and JAMES U. CHUN d.b.a. AL'S BIG BURGER

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __June 25__, 2013

_____
Honorable Magistrate Maria-Elna James
UNITED STATE DISTRICT JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**   CASE NO. CV-12-5994-MEJ